

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/9/2025__

July 8, 2025

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

      Re:    **Alexandria v. Bluestockings Cooperative**
              Case #: 1:25-cv-03678-AT

Dear Judge Torres:

    We represent the plaintiff in the above matter. We write to respectfully request that the July 7, 2025 deadline to submit a joint letter and a proposed Case Management Plan be extended for thirty (30) days because Defendant Bluestockings Cooperative was successfully served on May 15, 2025 but has not made an appearance or reached out to Plaintiff. Also, Plaintiff inadvertently failed to send the Initial Pretrial Scheduling Order to Defendant as directed by the Court but this will be corrected immediately.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                    Respectfully submitted,

                                    *s/ Rami M. Salim*
                                    Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF

      GRANTED. By **August 6, 2025**, the parties shall file their joint letter and proposed case management plan.

      SO ORDERED.

      Dated: July 9, 2025
             New York, New York

                                              ANALISA TORRES
                                        United States District Judge