UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA ALEXANDRIA, on behalf of herself and
all others similarly situated,

Plaintiff,

-against-

BLUESTOCKINGS COOPERATIVE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/8/2025____

25 Civ. 3678 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the Clerk of Court's certificate of default as to Defendant, Bluestockings Cooperative. ECF No. 14. Accordingly, by **September 8, 2025**, Plaintiff, Erika Alexandria, shall file the submissions required by Attachment A to the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: August 8, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge