USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2025_

**STEIN | SAKS, PLLC**

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

September 8, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York

    Re:   *Alexandria v. Bluestockings Cooperative*
           Case No. 1:25-cv-03678-AT

Dear Judge Torres:

    We represent the plaintiff in the above matter. We write to the Court to respectfully request an extension of the deadline to seek a default judgment.

    Plaintiff filed for and received the Clerk's Certificate of Default on August 7, 2025. On August 8, 2025, Plaintiff was ordered to seek a default judgment by September 8, 2025. Plaintiff mailed the Certificate of Default to Defendant via priority and regular mail on August 12, 2025. On August 17, 2025, Defendant contacted Plaintiff to request time to review the allegations and retain counsel. Plaintiff requests additional time to seek a default judgment to allow Defendant additional time to retain counsel or resolve the matter. Plaintiff respectfully requests an extension of time through and including October 8, 2025 to seek a default judgment. This is Plaintiff's first request for such an extension.

    We thank Your Honor and the Court for its considerations and courtesies.

                            Respectfully submitted,

                            STEIN SAKS, PLLC

                            */s/ Rami Salim*
                            Rami M. Salim, Esq.

cc: Counsel of Record (via ECF notification)

    GRANTED.

    SO ORDERED.

    Dated: September 10, 2025
           New York, New York

                            _____
                            ANALISA TORRES
                            United States District Judge