UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIKA ALEXANDRIA, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

BLUESTOCKINGS COOPERATIVE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2025

25 Civ. 3678 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 10, 2025, the Court granted Plaintiff an extension of time to October 8, 2025, to seek a default judgment. ECF No. 17. That submission is now overdue. Accordingly, by **October 16, 2025**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of the undersigned's Individual Practices in Civil Cases, or file a status update .

    SO ORDERED.

Dated: October 9, 2025
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge