

**STEIN | SAKS, PLLC**
One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 2...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/2025__

October 16, 2025

<u>**VIA ECF**</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York

  Re: <u>*Alexandria v. Bluestockings Cooperative*</u>
    Case No. 1:25-cv-03678-AT

Dear Judge Torres:

 Pursuant to the Order entered on October 10, 2025, Plaintiff Erika Alexandria ("Plaintiff") respectfully submits the within status letter.

 The Parties have continued to work toward a resolution of the matter and believe that one is forthcoming shortly.

 Plaintiff requests an extension of time to file for a default judgment to November 17, 2025 to help preserve the Defendant's resources.

 We thank Your Honor and the Court for its considerations and courtesies.

        Respectfully submitted,

        STEIN SAKS, PLLC

        */s/ Rami Salim*
        Rami M. Salim, Esq.

cc: Counsel of Record (via ECF notification)

GRANTED.  By **November 17, 2025**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of the undersigned's Individual Practices in Civil Cases.

Dated: October 20, 2025
    New York, New York

*[signature]*
ANALISA TORRES
United States District Judge